Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−14423−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria Grace Savino
   9 Iowa Court
   Matawan, NJ 07747

Social Security No.:
   xxx−xx−3282

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 10, 2024.

Dated: July 10, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-14423-CMG |
| Maria Grace Savino | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 10, 2024 | Form ID: plncf13 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Maria Grace Savino, 9 Iowa Court, Matawan, NJ 07747-3612 |
| 520241951 | + | Citi/AAdantage Gold World Elite, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520241953 | | Jet Blue/Barclays, PO Box 8802, Wilmington, DE 19899-8802 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520241948 | + | Email/PDF: bncnotices@becket-lee.com | Jul 10 2024 21:09:29 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 520289527 | | Email/PDF: bncnotices@becket-lee.com | Jul 10 2024 20:57:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520241949 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 10 2024 20:50:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520325552 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 10 2024 20:50:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520299665 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 20:57:18 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520241954 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 21:08:53 | Macy's, Att: Bankruptcy Dept., PO Box 8053, Mason, OH 45040 |
| 520248380 | | Email/Text: mrdiscen@discover.com | Jul 10 2024 20:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520241952 | | Email/Text: mrdiscen@discover.com | Jul 10 2024 20:50:00 | Discover Card, PO Box 3025, New Albany, OH 43054-3025 |
| 520241956 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2024 21:08:58 | Prime Chase, PO Box 15369, Wilmington, DE 19850 |
| 520241950 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 10 2024 21:09:01 | Best Buy, PO Box 15298, Wilmington, DE 19850-5298 |
| 520291409 | + | Email/Text: RASEBN@raslg.com | Jul 10 2024 20:51:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520316247 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 10 2024 20:51:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: plncf13 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | | 75261-9741 |
| 520241955 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 10 2024 21:08:23 | Old Navy, Att: Bankruptcy Dept, PO Box 103104, Roswell, GA 30076-9104 |
| 520320411 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2024 21:08:53 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520241957 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 10 2024 20:57:34 | The Home Depot, PO Box 790328, St Louis, MO 63179-0328 |
| 520241958 | ^ | MEBN | Jul 10 2024 20:46:07 | United Wholesale Mortgage, PO Box 77404, Trenton, NJ 08628-6404 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Nationstar Mortgage LLC dmcdonough@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Maria Grace Savino wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 5